UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES WESLEY, III, | CIVIL DIVISION |
| Plaintiff, | Case No. 1:20-cv-00095-RAL |
| v. | |
| JTM FOODS, LLC, | |
| Defendant. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)**

The plaintiff and the defendant, by their respective attorneys, stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the complaint and this action are dismissed with prejudice, without any award of fees and costs by the Court.

| | |
|---|---|
| */s/ Michael J. Bruzzese* | */s/ Gary D. Friedman* |
| 2315 Koppers Building | Weil, Gotshal & Manges LLP |
| 436 Seventh Avenue | 767 Fifth Avenue |
| Pittsburgh, PA 15219 | New York, NY 10153 |
| Counsel for the plaintiff | Counsel for the defendant |

**ORDER**

AND NOW, this 19th day of October, 2020, the foregoing Stipulation is approved as an Order of the Court.

BY THE COURT:

Susan Paradise Baxter
United States District Judge